be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

GISELLA BIRO, Respondent, v. SALVATORE LEMBO, Defendant, and PALC HOLDING & DEVELOPING Co., INC., Appellant. KARL BIRO, Respondent, v. SALVATORE LEMBO, Defendant, and PALC HOLDING & DEVELOPING Co., INC., Appellant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

JOHN R. BLAIR COMPANY, INC., Respondent, v. HARRY KOEPPEL CORPORATION and Others, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the March term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

MAX J. BUECHLER, Appellant, v. FRANK J. PICKRELL, Respondent.— The court of its own motion strikes from the files the characterizations made by both sides. The briefs contain many improper statements and conclusions which should have no place in papers presented to this court and are not helpful to the court. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

JOSEPH CAMPAGNA, Appellant, v. RALPH SABATINI, Defendant, and KASROSE DEVELOPMENT CORPORATION and Another, Respondents.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the March term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

HENRY S. CHITTICK, Appellant, v. THOMPSON HILL DEVELOPMENT CORPORATION, BESSIE ROSENSON and Others, Respondents, and Others, Defendants. (Action No. 1.) HENRY S. CHITTICK, Appellant, v. THOMPSON HILL DEVELOPMENT CORPORATION, BESSIE ROSENSON and Others, Respondents, and Others, Defendants. (Action No. 2.) — Motion for reargument denied, but without prejudice to an application for leave under rule 19.* Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

WILLIAM A. DE GROOT, Respondent, v. BROOKLYN DAILY TIMES, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

BERNADETTE M. DEXTER, Appellant, v. MALCOLM DEXTER, Respondent.— Motion to dismiss appeal denied, without prejudice to an application at Special Term for a discontinuance, and without prejudice to the attorney's rights at law against defendant. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

574–582 BEDFORD AVENUE CORPORATION, Respondent, v. LAND MARK CORPORATION, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

MILLARD L. HEYMANN, Respondent, v. BROOKLYN FURNITURE COMPANY, Respondent, and PYLE-GRAY REAL ESTATE Co., INC., and Another, Appellants.—

* See App. Div. Rules, 2d Dept., rule 19 — [REP.